**James Edward WILLIAMS, Plaintiff—Appellant,**

v.

**F.H. BASSETT, III, Doctor at Central Prison; M. Curzan, Doctor at Central Prison; M. Suma, Doctor at Central Prison; Doctor Samidi; Doctor Umesi, Defendants—Appellees.**

No. 06–6938.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 21, 2006.

Decided: Jan. 3, 2007.

James Edward Williams, Appellant Pro Se.

Before NIEMEYER, WILLIAMS and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Williams appeals the district court's order denying his motion for reconsideration of the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Umesi,* No. 5:05–ct–00539–FL (E.D.N.C. Apr. 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*